# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LATONYA McINTYRE, | ) | CASE NO. CV08-7154-AHM (AJWx) |
| Plaintiff(s), | ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) | |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendant(s). | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: September 24, 2010

**JS-6**

_____
A. Howard Matz
United States District Court Judge