# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA MCINTYRE, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, WILLIAM BRATTON AND DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **CASE NO. CV08-07154 AHM (AJWx)**<br>Honorable: A. Howard Matz<br>Magistrate: Andrew J. Wistrich<br><br>**ORDER DISMISSING ENTIRE ACTION** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action against Defendants **CITY OF LOS ANGELES** and **WILLIAM BRATTON**, is dismissed, with prejudice.

DATED: October 1, 2010

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

1